UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-60547-CIV-SEITZ/O'SULLIVAN

WACHOVIA BANK, NATIONAL
ASSOCIATION,

    Plaintiff,

v.

M/Y MAYBE TOMORROW, her engines,
tackle, rigging, dinghies, equipment, etc.,
having Cayman Islands Official No. 739093,
*in rem*, MAYBE TOMORROW, a Cayman
Islands Company, and JOHNNY L. DUDLEY,
*in personam*,

    Defendants.
_____/

## ORDER

THIS MATTER comes before the Court on the Plaintiff's Verified Motion and Supporting Memorandum of Law for Attorneys' Fees and to Tax Costs (DE # 106, 9/3/10). Rule 7.1(C), Local Rules for the United States District Court for the Southern District of Florida provides, in pertinent part:

> Each party opposing a motion shall serve an opposing memorandum of law no later than ten days after service of the motion as computed in the Federal Rules of Civil Procedure. **Failure to do so may be deemed sufficient cause for granting the motion by default**. (Emphasis supplied).

Having received no response from the defendants, and a response having been due, it is

ORDERED AND ADJUDGED that the defendants shall file a response to the Plaintiff's Verified Motion and Supporting Memorandum of Law for Attorneys' Fees and

to Tax Costs (DE # 106, 9/3/10) on or before October 22, 2010.   The failure to file a response may result in a recommendation that the Plaintiff's Verified Motion and Supporting Memorandum of Law for Attorneys' Fees and to Tax Costs (DE # 106, 9/3/10) be granted in its entirety.

DONE AND ORDERED, in Chambers, at Miami, Florida, this 8th day of October, 2010.

JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
United States District Judge Seitz
All Counsel of Record